**2019-1871, -1873, -1875, -1876, -2224**

# United States Court of Appeals for the Federal Circuit

PFIZER INC.,

*Appellant*,

v.

MERCK SHARP & DOHME CORP., SANOFI PASTEUR INC., SK CHEMICALS CO., LTD.,

*Appellees*.

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Inter Partes Review Nos. IPR2017-02131, IPR2017-02132, IPR2017-02136, IPR2017-02138, and IPR2018-00187*

## APPELLANT PFIZER INC.'S MOTION TO VACATE AND REMAND

Pursuant to Federal Circuit Rule 27(f), appellant Pfizer Inc. ("Pfizer") respectfully moves to vacate the Patent Trial and Appeal Board's ("Board") Final Written Decisions below and to remand these consolidated appeals to the Board in light of this Court's recent decision in *Arthrex, Inc. v. Smith & Nephew, Inc.*, No. 18-2140, 2019 U.S. App. LEXIS 32613 (Fed. Cir. Oct. 31, 2019). Furthermore, Pfizer respectfully requests that the Court suspend the briefing schedule in this appeal pursuant to Federal Circuit Rule 31(c).

In *Arthrex*, this Court held that the Administrative Patent Judges (APJs) who constitute the Board are "principal officers" of the United States and therefore "must be appointed by the President and confirmed by the Senate; because they are not, the current structure of the Board violates the Appointment Clause." *Id.* at *27. The Court further held that "[b]ecause the Board's decision in this case was made by a panel of APJs who were not constitutionally appointed at the time the decision was rendered, we vacate and remand the Board's decision without reaching the merits." *Id.* at *36. Finally, the Court held that on remand, "a new panel of APJs must be designated and a new hearing granted." *Id.* at *40.

Under *Arthrex*, the Board's decision in this appeal must be vacated and remanded for a new hearing before a different panel. As in *Arthrex*, the APJs who presided over the *inter partes* review proceedings below (APJs Scheiner, Fredman,

and Harlow) were "principal officers" of the United States who were appointed by the Secretary of Commerce, rather than the President. Accordingly, the APJs were not "constitutionally appointed" and lacked constitutional authority to issue the final written decisions in the proceedings below. The Board's decision therefore cannot stand and "must be vacated and remanded." *Id*. at *39.

This Court has already remanded at least two appeals from the Board in light of its decision in *Arthrex*. *See Uniloc 2017 LLC v. Facebook Inc*., No. 18-2251 (Fed. Cir. Oct. 31, 2019); *Bedgear, LLC v. Fredman Bros. Furniture Co*., No. 18-2081 (Fed. Cir. Nov. 7, 2019). In both cases, the parties had already completed briefing on the merits when the Court issued its remand orders. Here, briefing has not yet commenced. Pfizer's opening brief is currently due on December 12, 2019. The Court should therefore vacate and remand this case to the Board for further proceedings consistent with *Arthex*, as it did in *Uniloc* and *Bedgear*.

Finally, since this motion, if granted, would terminate the appeal, the briefing schedule for this appeal should be suspended. Fed. Cir. R. 31(c); *see also VirnetX Inc. v. Cisco Systems, Inc.*, No. 2019-1671 (Fed. Cir. Nov. 8, 2019); *Vilox Technologies, LLC v. Unified Patents Inc*., No. 19-2057 (Fed. Cir. Nov. 12, 2019).

Pfizer's counsel informed counsel for Appellee Merck Sharp & Dohme Corp. ("Merck") and counsel for Appellees Sanofi Pasteur Inc. and SK Chemicals

Co. Ltd. (collectively "Sanofi") regarding this motion. Merck and Sanofi responded that they oppose the motion and will file a response.

Dated: November 15, 2019

/s/ John Scheibeler
John Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200 (telephone)
(212) 354-8113 (facsimile)
jscheibeler@whitecase.com

*Counsel for Appellant Pfizer Inc.*

## **CERTIFICATE OF INTEREST**

Counsel for Appellant Pfizer Inc. certifies the following:

1. The full name of every party represented by me is:

Pfizer Inc.

2. The name of the real party in interest represented by me is:

Pfizer, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are: None.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court and who are not already listed on the docket for the current case are: White & Case LLP: Anita Varma, Brendan Gavin, and Leon Miniovich.

5. The titles and numbers of all cases known to counsel to be pending in this or any other court or agency that will directly affect or be affected by the Court's decision in the pending appeal are: *Merck Sharp & Dohme Corp. v. Pfizer Inc. and Wendy J. Watson*, Case No. 2:19-cv-02011-JS (E.D. Pa.).

Dated: November 15, 2019

/s/ John Scheibeler
John Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200 (telephone)
(212) 354-8113 (facsimile)
jscheibeler@whitecase.com

*Counsel for Appellant Pfizer Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing APPELLANT PFIZER INC.'S MOTION TO VACATE AND REMAND was served on the 15th day of November, 2019, by operation of the Court's CM/ECF system per Federal Rule of Appellate Procedure 25.

Dated: November 15, 2019

/s/ John Scheibeler

John Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200 (telephone)
(212) 354-8113 (facsimile)
jscheibeler@whitecase.com

*Counsel for Appellant Pfizer Inc.*

**CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 498 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2) and Fed. R. App. P. 27(a)(2)(B).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

November 15, 2019

/s/ John Scheibeler
John Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200 (telephone)
(212) 354-8113 (facsimile)
jscheibeler@whitecase.com

*Counsel for Appellant Pfizer Inc.*