NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC.,**
*Appellant*

**v.**

**MERCK SHARP & DOHME CORP., SANOFI PASTEUR INC., SK CHEMICALS CO., LTD.,**
*Appellees*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-1871, 2019-1873, 2019-1875, 2019-1876, 2019-2224

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-02131, IPR2017-02132, IPR2017-02136, IPR2017-02138, IPR2018-00187.

---

PER CURIAM.

**O R D E R**

Upon consideration of the judgment of the Supreme Court of the United States in *Iancu v. Luoma, et al.*, No. 20-74, vacating and remanding to this court for further consideration in light of *United States v. Arthrex, Inc.*, 594 U.S. ___, 141 S. Ct. 1970, (2021),

IT IS ORDERED THAT:

(1) The mandate of this court issued on April 15, 2020 is recalled, the appeals are reinstated, and this court's January 21, 2020 order is vacated.

(2) Within 14 days from the date of this order, the appellant shall file a brief, not to exceed 10 pages double-spaced, explaining how it believes its case should proceed in light of *Arthrex*. Responses from the other parties, including the United States Patent and Trademark Office, subject to the same length restrictions, are due within 14 days thereafter.

(3) The official caption is revised as indicated above to reflect the current intervenor.

FOR THE COURT

August 17, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court