NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC.,**
*Appellant*

**v.**

**SANOFI PASTEUR INC., SK CHEMICALS CO., LTD.,**
*Appellees*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2019-1871, 2019-1873, 2019-1875, 2019-1876, 2019-2224

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-02131, IPR2017-02132, IPR2017-02136, IPR2017-02138, and IPR2018-00187.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellees' and the intervenor's unopposed motions to extend the time to file the response briefs,

IT IS ORDERED THAT:

The motions are granted to the extent that the appellees' response brief and the intervenor's response brief are due no later than November 29, 2022.

FOR THE COURT

August 16, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court