# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC.,**
*Appellant*

**v.**

**SANOFI PASTEUR INC., SK CHEMICALS CO., LTD.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-1871, 2019-1873, 2019-1875, 2019-1876, 2019-2224

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-02131, IPR2017-02132, IPR2017-02136, IPR2017-02138, IPR2018-00187.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED-IN-PART**

FOR THE COURT

March 5, 2024
Date

Jarrett B. Perlow
Clerk of Court